## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOHAMED LY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 1:24-cv-00921-GBW |
| | ) | |
| AIRBNB, INC.; BRIAN CHESKY; | ) | |
| STEPHEN BRIGHENTI; and DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT BRIAN CHESKY'S MOTION TO EXTEND DEADLINE**

Defendant Brian Chesky having moved for an extension of time to file his reply in support

of his Motion to Dismiss and the Court having found good cause;

IT IS HEREBY ORDERED, this 14th day of January, 2025, that:

1. The Motion is GRANTED.

_____
United States District Judge

MDSU 10246668.v1