IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

MOHAMED LY,

Plaintiff,

v.

AIRBNB, INC.; BRIAN CHESKY; STEPHEN BRIGHENTI; AND DOES 1-100,

Defendants.

Case No. 1:24-cv-00921-GBW

---

### PLAINTIFF'S REBUTTAL AND REQUEST FOR RECONSIDERATION: INALIENABLE RIGHT TO JUSTICE AND COURT'S MISSION TO PROVIDE FAIR AND EQUITABLE ACCESS

### REETIRATING PLAINTIFF'S MOTION TO REOPEN THE CASE IN LIGHT OF CLEARLY MISAPPLIED LEGAL STANDARDS, PROCEDURAL MISTAKES, AND MANIPULATIVE DEFENSE TACTICS THAT DENIED PLAINTIFF DUE PROCESS

(NOT A MOTION TO RECONSIDER)

**Plaintiff Mohamed Ly** respectfully submits this **Rebuttal** to **Defendants' Response** in Opposition to Plaintiff's **Motion to Reopen the Case**, and firmly asserts that the **Court's prior dismissal was a gross miscarriage of justice**, premised on **erroneous claims** and **misapplications of law**, which must be corrected to uphold the **Plaintiff's inalienable constitutional right** to seek justice.

---

### I. CONSTITUTIONAL RIGHT TO SEEK JUSTICE AND REMEDY BEFORE THE COURT

Under the **U.S. Constitution**, every citizen is granted the **inalienable right** to seek **justice** and **remedy** in a court of law. This right is **guaranteed** by the **First Amendment** and **due process protections** within the **Fifth and Fourteenth Amendments**, which ensure that **all individuals** are provided access to **fair trials** and **equal protection under the law**. No individual should be denied the opportunity to have their **claims heard** and **addressed by the Court** based on procedural technicalities, misstatements of law, or misapplication of standards.

The **Plaintiff in this case** has faced significant **harm** and **fraudulent conduct** by **Defendants**—fraud that directly violates both the **Constitution** and **basic principles of justice**. The **right to seek justice** includes the **right to seek remedies for harm caused by fraud** and **corporate negligence**, and the **Court cannot disregard this right** under any circumstances. **Denial of the Plaintiff's access to justice through the Court** would not only be a **violation of Plaintiff's constitutional rights** but a **gross perversion of the judicial process itself**.

The **Constitution** not only **guarantees the right to seek justice** but expects the Court to **administer that justice fairly**, **equally**, and with **integrity**. Plaintiff stands firm in asserting that the **Court must correct its errors** in dismissing the case and **allow the claims to be adjudicated** on their **merits**—as required by both law and the fundamental principles of the judicial system.

## II. REMINDER OF THE COURT'S OWN MISSION AND VISION STATEMENTS

The **Defendants' opposition** attempts to obscure the merits of the case by making **false assertions** and by **disregarding the substantive evidence** of **fraud**, **misrepresentation**, and **consumer harm**. This is not only an attempt to avoid justice but an **affront to the very principles** that the **Court itself** upholds.

On its **official website**, the **District Court for Delaware** outlines its **Mission and Vision**, which are the **guiding principles** under which the Court is expected to operate. These **statements of purpose** must be **embodied** in the Court's actions. It is crucial that the Court live up to these values, especially when an individual's **constitutional rights** and **access to justice** are at stake.

**Mission Statement**:

*"To provide access to fair and effective justice in a safe and transparent environment through a diverse, inclusive, and dedicated workforce."*

- **Fair and Effective Justice**: The Court has a duty to **provide fair** justice, and to ensure that **all parties** have an opportunity to present their claims on the **merits**, without being dismissed due to procedural misapplications.

- **Safe and Transparent Environment**: A **safe and transparent environment** means that **justice should not be obstructed**, and every party should have access to a **fair trial** where evidence is properly considered and evaluated. **Plaintiff's claims of harm** and **fraud** must be given due consideration, as failing to do so undermines this environment.

- **Diverse and Inclusive Workforce**: The **Court must be impartial**, allowing all parties—regardless of their **economic background** or **corporate influence**—to have **equal access** to **justice**.

**Vision Statement**:

*"Equal justice through transparency, integrity, innovation, and judicial branch independence."*

- **Equal Justice**: The **Court** must ensure that **all parties** are treated equally, regardless of the **Defendants' wealth** or **influence**. **Airbnb's corporate tactics** of **evading responsibility** should not be allowed to **override** the **Plaintiff's constitutional right to have his claims addressed**.

- **Transparency and Integrity**: The **Court must operate with transparency** and integrity in its decision-making process, **ensuring that no party is allowed to manipulate the system** for **unfair gain**. The failure to evaluate **undeniable evidence** of **fraud**, **unsafe conditions**, and **misrepresentation** is not only a failure of **integrity** but a **denial of justice**.

- **Innovation**: The Court must be willing to **innovate** and adjust when necessary, particularly when **grave errors** have been made in procedural rulings. It is an innovative approach to justice to **rectify mistakes** and allow **meritorious cases** to proceed.

- **Judicial Branch Independence**: The **independence of the judicial branch** must be **upheld above all**, ensuring that cases are not **subject to the pressures** of **powerful corporations** or **legal gamesmanship** but are instead **adjudicated based on the law**, the **evidence**, and the **principles of justice**.

## III. INALIENABLE RIGHT TO JUSTICE AND THE COURT'S OBLIGATION TO CORRECT ITS ERROR

As outlined above, the **U.S. Constitution**, the **Court's own Mission and Vision statements**, and **fundamental legal principles** demand that Plaintiff's **claims** be heard on the **merits** and not dismissed due to **misapplications of law** or **procedural gamesmanship**. The **Court must correct its errors** in

dismissing this case and **reopen the case for full prosecution** to ensure that **justice is served** and that the **Defendants** are held accountable for their actions.

By dismissing this case prematurely, the **Court failed to ensure that Plaintiff's constitutional rights were upheld** and denied Plaintiff the **fundamental right** to **seek justice**. The Defendants' opposition, built on **false assertions** and **misrepresentations of the law**, should not be allowed to stand in the way of **justice**.

---

## V. REQUEST FOR RELIEF

**Plaintiff respectfully requests** that the Court:

1. **Reopen the case** and allow Plaintiff the opportunity to present all evidence supporting the claims of fraud, misrepresentation, and consumer harm.

2. **Vacate the dismissal** order and **correct the errors** that led to the denial of Plaintiff's access to justice.

3. **Impose sanctions** on Defendants for their **bad faith conduct**, including their **evasion of service** and **submission of false evidence** to obstruct justice.

4. **Compel discovery** from the Defendants to ensure that all relevant evidence is provided to the Court for proper adjudication.

5. **Grant Plaintiff a trial by jury** to ensure that a **fair, impartial, and transparent** evaluation of the claims can be made, in accordance with the principles of **equal justice** and **transparency** outlined in the Court's own mission.

## VI. THE COURT ERRED IN ACCEPTING DEFENDANTS' FALSE CLAIMS REGARDING PLAINTIFF'S RESPONSES

The Court erred gravely in its dismissal of this case by **accepting Defendants' false assertions** that **Plaintiff's responses** to the **Motion to Compel Arbitration** were **missing or not filed**. In reality, these responses were filed **timely** and are **clearly embedded in the docket**, yet Defendants misrepresented the situation by **falsely claiming** that Plaintiff's filings were absent or incomplete.

The **Court's failure to verify the docket** and to properly assess **Plaintiff's filings** led to a **misjudgment** in dismissing the case. The Defendants' **misleading statements** regarding the **absence of Plaintiff's responses** should have been thoroughly scrutinized by the Court, particularly given that the **documents in question** remain **on the docket** to this day, plainly showing Plaintiff's **substantial efforts** to respond.

**Fairness, decency, and justice** demand that the **Court recognize** that it was **misled by Defendants** into **dismissing the case based on fabricated claims**. This was not simply a procedural oversight—it was an error that **undermines the integrity** of the judicial process. **Defendants** relied on these falsehoods to **obstruct justice** and evade accountability, and the **Court's reliance** on these false claims resulted in the **unjust dismissal** of the case.

To further compound this injustice, the **Defendants' strategy** of misrepresentation was not an isolated event but part of a **larger pattern of gamesmanship** that sought to **distract** from the **substantive fraud** and **harm** Plaintiff has suffered. The **Court's failure** to **fully evaluate the record** and the **evidence** of **fraud** by Defendants only **further entrenched the injustice** that Plaintiff seeks to rectify by having this case **reopened**.

## V. CONCLUSION

The **Court's dismissal** was a **misapplication of the law**, **unfair**, and **contrary to the principles of justice** outlined in the **U.S. Constitution** and the Court's **Mission and Vision Statements**. The Plaintiff's **constitutional right to seek justice** must be honored, and the **Court must correct its errors** and **reopen this case** to allow for full prosecution of the claims.

Failure to reopen this case would not only be an **unjust denial of Plaintiff's right to justice**, but also a **failure of the Court to live up to its own stated mission** and the **expectations of transparency, fairness, and accountability** that are fundamental to the **judicial system**.

---

**Respectfully submitted,**

Mohamed Ly

Dated: February 25, 2025

Lead Plaintiff