IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MOHAMED LY,                          )
                                     )
             Plaintiff,              )
                                     )
      v.                             )   Civ. No. 24-921-GBW
                                     )
AIRBNB, INC., *et al.,*              )
                                     )
             Defendants.             )

## ORDER

At Wilmington, this 16th day of June 2025, the Court having considered the application

to proceed in District Court without prepaying fees or costs on appeal under 28 U.S.C. § 1915 (D.I.

58), IT IS HEREBY ORDERED that the application is **GRANTED**.

_____
The Honorable Gregory B. Williams
United States District Judge